IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VITO BASILE, and MARINELLA ZACCARIA,<br><br>Plaintiffs,<br><br>vs.<br><br>LOREN K. MILLER, Nebraska Service Center Director, U.S. Citizenship and Immigration Services; and UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services,<br><br>Defendants. | 4:23CV3039<br><br>ORDER ON NOTICE OF VOLUNTARY DISMISSAL |

This case is before the Court on Plaintiffs' Notice of Voluntary Dismissal. Filing 7. In the Notice, Plaintiffs state that after Defendants filed a motion to dismiss for lack of subject matter jurisdiction and failure to state a claim, they "do[ ] not intend to pursue further litigation in this matter and hereby give[ ] notice that this case is voluntarily dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i)." Filing 7 at 1. District policy requires a court order on a notice for dismissal after a dispositive motion has been filed. Accordingly,

IT IS ORDERED that Plaintiffs' Notice of Voluntary Dismissal, Filing 7, is granted and this case is dismissed in its entirety without prejudice.

Dated this 21st day of June, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1